| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Oliver Jr., Solomon | 2. Court or Organization U.S. District Court | 3. Date of Report 06/20/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address Carl B. Stokes US Court House 801 West Superior Avenue Cleveland, OH 44113-1838 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | College of Wooster |
| 2. Committee Member | National Conference of Bar Examiners, Multi-State Bar Exam Evidence Drafting Committee |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. * | Future Ohio State Teacher's Retirement System pension based on 12 years of service at age 60 for an estimated $23,000, if I do not withdraw my contributions (no |
| 2. | control). |
| 3. | |

2008 JUN 23 A 10: 05 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Evidence Drafting Committee Multi-State Bar Examination, Meetings on 5/17 and 10/11 | $ $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Heights Parent Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | | | | Montreal, Canada (5/17-18); New York, NY (10/11-14) |
| 2. | American Bar Association | | | | Durham, NC (10/28-31) |
| 3. | Government | | | | Miami, FL (2/23-24); Asheville, NC (5/9-12); Toledo, OH (6/22); Columbus, OH (10/4-5) |
| 4. | | | | | (Travel, lodging, food in conjunction with meetings and conferences). |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 06/20/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 06/20/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T common (also formerly SBC) | A | Dividend | J | T | | | | | |
| 2. Bell South common | A | Dividend | J | T | Merger/AT&T | 12/06 | K | | |
| 3. Bristol Meyers common | A | Dividend | K | T | | | | | |
| 4. Coca Cola common | A | Dividend | K | T | | | | | |
| 5. Morgan Stanley Dean Witter common | A | Dividend | K | T | | | | | |
| 6. Ford common | A | Dividend | J | T | | | | | |
| 7. General Electric common | A | Dividend | K | T | | | | | |
| 8. BF Goodrich common | A | Dividend | J | T | | | | | |
| 9. Goodyear common | A | Dividend | J | T | | | | | |
| 10. Heinz common | A | Dividend | J | T | | | | | |
| 11. Home Depot common | A | Dividend | K | T | | | | | |
| 12. Federated Department Stores common | A | Dividend | J | T | | | | | |
| 13. Merck common | A | Dividend | K | T | Partial gift | 6-21 | J | A | College of Wooster |
| 14. Nike common | A | Dividend | K | T | | | | | |
| 15. Liberty Media Corporation Class A | | None | J | T | | | | | |
| 16. USX Marathon common | A | Dividend | J | T | Gift | 6-21 | J | A | College of Wooster |
| 17. WalMart common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 06/20/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Putnam Global Equity | A | Dividend | K | T | | | | | |
| 19. 20th Cent. Select IRA | A | Dividend | K | T | Sell | 1-17 | K | A | |
| 20. Fidelity Ohio Tax Free | A | Interest | K | T | | | | | |
| 21. CREF stock-403(b) | A | Dividend | O | T | | | | | |
| 22. TIAA Annuity-403(b) | A | Interest | M | T | | | | | |
| 23. Ohio Savings Bank Accounts | B | Interest | L | T | | | | | |
| 24. DWS Scudder International Fund | A | Dividend | J | T | | | | | |
| 25. Vodaphone | A | None | J | T | | | | | |
| 26. Pepsico | A | Dividend | L | T | | | | | |
| 27. Allstate | A | Dividend | K | T | | | | | |
| 28. Lucent Technology | A | Dividend | J | T | | | | | |
| 29. Tricontinental Global | A | Dividend | J | T | | | | | |
| 30. Citicorp | A | Dividend | J | T | | | | | |
| 31. Resource Careers, Inc. 401K Vanguard 500 | A | Dividend | J | T | | | | | |
| 32. Cisco | | None | J | T | | | | | |
| 33. Zimmer | | None | J | T | | | | | |
| 34. Lowes | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 06/20/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer | A | Dividend | J | T | | | | | |
| 36. Medco Health | A | Interest | J | T | | | | | |
| 37. Comcast | A | Interest | J | T | | | | | |
| 38. Vanguard Intermediate Term Tax-Exempt Fund | A | Interest | K | T | | | | | |
| 39. Vanguard 500 Index | A | Dividend | K | T | | | | | |
| 40. Vanguard Small Cap Index | A | Dividend | K | T | | | | | |
| 41. Fidelity Balance | A | Dividend | K | T | | | | | |
| 42. Fidelity Caputal Appreciation | A | Dividend | K | T | | | | | |
| 43. T. Rowe Price Equity Income | B | Dividend | K | T | | | | | |
| 44. T. Rowe Price Retirement 20/20 | B | Dividend | K | T | | | | | |
| 45. Vanguard Total International Stock Fund | A | Dividend | K | T | | | | | |
| 46. Countrywide Bank | B | Interest | L | T | Buy | 11/14 | | | |
| 47. Nexity Bank | B | Interest | L | T | Buy | 9/17 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 06/20/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Section VII - Investments

B. Through inadvertence, I failed to disclose on my 2006 form that Bell South (Entry No.2 in Section VII) merged with AT&T on 12/29/06.

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 06/20/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544